

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY-GENERAL

Honorable C. D. Simmons
Comptroller
The University of Texas
Austin, Texas

Dear Sir:

Opinion No. 0-6077
Re: Applicability of Section 3
of Article 2654b-1 V.A.C.S.,
to persons honorably dis-
charged from the armed forces
under an option of discharge.

Your opinion request of October 13, 1944, reads in part as follows:

"The Board of Regents of The University of Texas has instructed me to request your opinion upon the question of whether or not certain persons who were honorably discharged from the military service of the United States by reason of Sec X, AR 615-360 & TWX 40403 SPXOC-E, 3 Aug. 44, while undergoing dental training at The University of Texas—School of Dentistry under the Army Specialized Training Program, and have now registered as civilian students in said School of Dentistry, are entitled under the provisions of Chapter 337, Acts, Regular Session, Forty-eighth Legislature (1943), to be exempt from the payment of registration, tuition, laboratory, and other fees which would otherwise be collectible from students registered in The University of Texas School of Dentistry."

The character of the discharges involved in your inquiry is explained by army officers in charge of the Army

Hon. C. D. Simmons, Page 2

Specialized Training Program as follows:

"The following information is given relative to
the Discharges of Freshman, Sophomore or Junior
Dental Trainees:
"Section X, AR 615-360, Discharge for Con-
venience of the Government.
"TWX 40403, SPXOG-E, dated 3 Aug. 44. Pro-
vides for the discharge of certain enlisted
men now undergoing Dental Training under the
Army Specialized Training Program as follows:
"Enlisted men pursuing Freshman, Sophomore and
Junior Dental Training under the ASTP will, upon
expiration of current term, quarter, trimester or
semester, be allowed option of discharge or assign-
ment to Medical Department.
"Each enlisted man will make his choice prior to
the expiration of current term, quarter, trimester
or semester.
"If enlisted man elects to remain on active duty
he will be shipped to ASFTC at Camp Barkeley, Texas
or Ft. Lewis, Washington, whichever is nearer, for
necessary training and assignment to Medical De-
partment. Regardless of choice that is made, fur-
ther training under ASTP is not authorized."

The persons about whom you inquire have elected to
receive an honorable discharge rather than to be assigned to
the Medical Department, and such persons have received the
usual certificates of honorable discharge from the Army of the
United States.

A broad exemption from the fees and charges of insti-
tutions of collegiate rank supported by the State is accorded
veterans of the Spanish-American War and of World War I by Section
1 of Article 2654b-1, V. A. C. S. Section 3 of the same Article
extends this exemption to certain veterans of the present war by
providing as follows:

"Sec. 3. All of the above and foregoing pro-
visions, conditions and benefits hereinabove in
this Article provided for in Section 1 and in Sec-
tion 2 shall apply and accrue to the benefit of all
nurses, members of the Women's Army Auxiliary Corps,
Women's Auxiliary Volunteer Emergency Service, and

all members of the United States armed forces,
regardless of whether members of the United
States Army or of the United States Navy or
the United States Coast Guard, who have, or
are now serving, or who may after the passage
of this Act, serve in the armed forces of the
United States of America during the present
World War Number II, being the war now being
prosecuted, and which was entered into on or
shortly after December 7, 1941, by the United
States of America against what are commonly
known as the Axis Powers;  provided, further,
that all the above and foregoing persons named
have been honorably discharged from the services
in which they were engaged.  And, provided further,
that the benefits and provisions of this Act shall
also apply and inure to the benefit of the children
of members of the United States Armed Forces, where
such members were killed in action or died while in
the service.  The provisions of this Act shall not
apply to or include any member of such United States
Armed Forces, or other persons hereinabove named,
who were discharged from the service in which they
were engaged because of being over the age of
thirty-eight (38) years or because of a personal
request on the part of such person to be discharged
from such service.

"Other than as amended herein, present Article
2654b-1 is hereby re-enacted and shall in all things
continue in full force and effect subject only to the
addition of the above section to be known as Section
3."  (emphasis added)

In our opinion, the underlined portion of the above
statute is applicable to the situation about which you inquire.
Consequently, you are respectfully advised that the persons in
question are not exempt from the payment of registration, tui-
tion, laboratory and other fees of the University of Texas School
of Dentistry.

This opinion is limited to an interpretation of the
Texas statutes applicable to this situation and is in no way
to be construed as passing upon the eligibility of the persons

Hon. C. D. Simmons, Page 4

in question for educational benefits afforded by the federal government or by any agency or political unit other than the State of Texas.

Trusting that the foregoing fully answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By R. Dean Moorhead

R. Dean Moorhead
Assistant

RDM:fo

OCT 23 1944

APPROVED
OPINION
COMMITTEE
BY